UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS MARK DEAL,

    Plaintiff,

    v.

PATRICIA FUNKE/DEAL,

    Defendant.

_____/

No. C 12-4440 PJH

**ORDER CONTINUING HEARING DATES**

    The court hereby notifies all parties that the hearing on defendant Patricia Funke Deal's motion to dismiss (Dkt. 10), currently set for December 5, 2012, is continued to February 6, 2013 at 9:00 am, the date on which defendant Elizabeth Hendrickson's motion to dismiss is noticed for hearing. Plaintiff's motion for leave to amend (Dkt. 16) and plaintiff's motion to strike (Dkt. 26), neither of which have been properly noticed for hearing, will also be set for hearing on February 6, 2013.

    **IT IS SO ORDERED.**

Dated: November 28, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge