UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS MARK DEAL,

    Plaintiff,

    v.

PATRICIA FUNKE/DEAL, et al.,

    Defendants.

_____/

No. C 12-4440 PJH

**JUDGMENT**

    The court having granted the motions of defendants Patricia Funke/Deal, Dean Feldman, and Elizabeth Hendrickson to dismiss the complaint,

    it is Ordered and Adjudged,

    that plaintiff Thomas Mark Deal take nothing, and that the action be dismissed.

    **IT IS SO ORDERED.**

Dated: February 1, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge