**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS MARK DEAL,

       Plaintiff,                    No. C 12-4440 PJH

   v.                          **JUDGMENT**

PATRICIA FUNKE/DEAL, et al.,

       Defendants.

_____/

     The court having granted the motions of defendants Patricia Funke/Deal, Dean Feldman, and Elizabeth Hendrickson to dismiss the complaint,

     it is Ordered and Adjudged,

     that plaintiff Thomas Mark Deal take nothing, and that the action be dismissed.

     **IT IS SO ORDERED.**

Dated: February 1, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge